FILED

JUN 2 8 2002

AT 8:30
WILLIAM T. WALSH
CLERK

543

RECEIVED

JUN 2 8 2002

AT 8:30_____M
WILLIAM T. WALSH, CLERK

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
FEDERAL BAR NO. RG-6618

Attorneys for Plaintiffs, THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA, et al.

|  |  |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES GYPSUM COMPANY, et al., <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> CIVIL ACTION NOS.  87-4227 (HAA) <br> 87-4238 (HAA) <br><br> **NOTICE OF MOTION TO CERTIFY AS FINAL JUDGMENTS UNDER RULE 54(b) THE ORDERS WHICH DISPOSED OF ALL CLAIMS AGAINST DEFENDANTS U.S. GYPSUM AND U.S. MINERAL PRODUCTS COMPANY** |

TO: **Kell M. Damsgaard, Esq.**
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia PA 19103

**Dennis J. Valenza, Esq.**
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540-6289

**Nancy McDonald, Esq.**
McElroy, Deutsch & Mulvaney
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075

*And All Other Counsel Of Record*

COUNSEL:

PLEASE TAKE NOTICE that on Monday, July 22, 2002, plaintiffs, The Prudential Insurance Company of America, et al., will move before the Honorable Harold A. Ackerman, U.S.J.D., at the United States Courthouse in Newark, New Jersey to certify as Final Judgments under Rule 54(b) the Orders granting summary judgment to defendants U.S. Gypsum and U.S. Mineral Products.

PLEASE TAKE FURTHER NOTICE that in support of that Motion, plaintiffs will rely on the accompanying brief, certification of plaintiffs' counsel, and all other pleadings and papers of record in this matter. Plaintiffs are also submitting proposed Final Judgments.

PLEASE TAKE FURTHER NOTICE that oral argument is requested if the Motion is opposed.

          Riker, Danzig, Scherer, Hyland
          & Perretti LLP

By: _____
      Robert J. Gilson

Co-Counsel:
Boies, Schiller & Flexner LLP

Attorneys for Plaintiffs
The Prudential Insurance
Company of America, et al.

Dated: June 27, 2002

3166762.01

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
FEDERAL BAR NO. RG-6618

Attorneys for Plaintiffs, THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA, et al.

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CIVIL ACTION |
| Plaintiffs, | |
| vs. | NO. 87-4227 (HAA) NO. 87-4238 (HAA) |
| UNITED STATES GYPSUM COMPANY, et al, | Hon. Harold A. Ackerman |
| Defendants. | **CERTIFICATION OF SERVICE** |

1.  I hereby certify that on June 28, 2002, I caused an original and two copies of the following documents to be hand delivered to the Clerk of the U.S. District Court for the District of New Jersey and copies to be served on all counsel of record as indicated on the attached counsel list:

> Notice of Motion
>
> Plaintiffs' Brief In Support Of Their Motion To Certify As Final Judgments Under Rule 54(B) The Judgments Which Disposed Of All Claims Against Defendants U.S. Gypsum And U.S. Mineral Products Company;
>
> Proposed Form Of Order Certifying As A Rule 54(B) Final Judgment This Court's July 13, 2001 Order Which Disposed Of All Claims Against Defendant United States Mineral Produce Company;
>
> Proposed Form Of Order Certifying As A Rule 54(B) Final Judgment This Court's June 20, 2001 Order Which Disposed Of All Claims Against Defendant United States Gypsum Company; and

Certification of Counsel.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
CRAIG T. MORAN, ESQ.

DATED:     June 28, 2002

2

# SERVICE LIST

<u>The Prudential Insurance Company of America, et al.</u>
<u>v. United States Gypsum Company, et al.</u>

## (New Jersey District Civil Nos. 87 -04227 & 87- 04238)

| Party | Attorney | |
|---|---|---|
| **PRUDENTIAL CO-COUNSEL** | *David Boies, Esq.*<br>*Robin Henry, Esq.*<br>Boies, Schiller & Flexner LLP<br>80 Business Park Drive<br>Armonk, NY  10504-1710<br>Phone:  (914) 273-9800<br>Fax:  (914) 273-9810<br>**Via Federal Express** | |
| **UNITED STATES GYPSUM COMPANY** | *Kell M. Damsgaard, Esq.*<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia PA 19103<br>Phone:  (609) 520-6600<br>Fax:  (609) 919-6639<br>**Via Federal Express** | *Dennis J. Valenza, Esq.*<br>Morgan, Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ  08540-6289<br>Phone:  (609) 520-6600<br>Fax:  (609) 919-6639<br>**Via Regular Mail** |
| **W.R. GRACE & COMPANY** | *Anthony J. Marchetta, Esq.*<br>Pitney, Hardin, Kipp & Szuch<br>200 Campus Drive<br>Florham Park NJ 07932<br>Phone:  (973) 966-8032<br>Fax:   (973) 966-1550<br>**Via Regular Mail** | |
| **ASBESTOSPRAY CORPORATION** | *Robert D. Brownson, Esq.*<br>Brownson & Ballou<br>601 2nd Ave. South #4800<br>Minneapolis MN 55402<br>Phone:  (612) 332-4020<br>Fax:   (612) 332-4025<br>**Via Regular Mail** | *Granville D. Magee, Esq.*<br>Magee, Pagano & Isherwood<br>1937 Route 35 at Allaire Road<br>P.O. Box 1200<br>Wall Township, NJ 07719<br>Phone:  (732) 449-2500<br>Fax:   (732) 449-4005<br>**Via Regular Mail** |

3

| | |
|---|---|
| **U.S. MINERAL PRODUCTS COMPANY** | *Nancy McDonald, Esq.*<br>McElroy, Deutsch & Mulvaney<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075<br>Phone: (973) 993-8100<br>Fax: (973) 425-0161<br>**Via Federal Express** |

*3058260.01*

4