Cristina Z. Sinclair, Esq. (0968)
McELROY, DEUTSCH & MULVANEY
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075'
(973) 993-8100
Attorneys for Defendant
UNITED STATES MINERAL PRODUCTS COMPANY



FILED

JUL 1 9 2002

AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE OF AMERICA, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES GYPSUM COMPANY, ET AL. | CIVIL ACTION NOS.<br><br>87-4227 (HAA)<br>87-4238 (HAA)<br><br>Honorable Harold A. Ackerman<br><br>**CERTIFICATION OF SERVICE** |

I, MARY LOU CLAYTOR, hereby certify I am employed as a secretary by the law firm of

McElroy, Deutsch & Mulvaney, 1300 Mount Kemble Avenue, Morristown, New Jersey.

On July 19, 2002 I caused to be delivered by messenger an original and one copy of a

Letter of Joinder and this Certification of Service to:

Clerk
United States District Court
50 Walnut Street
Newark, New Jersey 07101

The Honorable Harold A. Ackerman, U.S.D.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07101

and by regular mail to:

Robert J. Gilson, Esq.
Riker, Danzig, Scherer, Hyland &
   Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
Attorneys for Plaintiff

David Boies, Esq.
Boies, Schiller & Flexner
80 Business Park Drive
Armonk, New York  10504-1710
Attorneys for Plaintiff


Dennis J. Valenza, Esq.
Morgan, Lewis & Bockius
2000 One Logan Square
Philadephia, PA  19103

Anthony J. Marchetta, Esq.
Pitney, Hardin, Kipp & Szuch
200 Campus Drive
Florham Park, NJ  07932


Granville, D. Magee, Esq.
Magee, Pagano & Isherwood
1937 Route 35 at Allaire Road
P.O. Box 1200
Wall Township, NJ  07719


Paul Slater, Esq.
Danaher, Tedford, Lagnese & Neal        *out*
20 Exchange Place
New York, New York 10005

*[signature]*
Mary Lou Claytor

Dated:  July 19, 2002

2