RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
FEDERAL BAR NO. RG-6618

Attorneys for Plaintiffs, THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA, et al.

FILED

JUL 26 2002

AT 8:30
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES GYPSUM COMPANY, et al, <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br> CIVIL ACTION <br><br> NO. 87-4227 (HAA) <br> NO. 87-4238 (HAA) <br><br> Hon. Harold A. Ackerman <br><br> **CERTIFICATION OF SERVICE** |

I hereby certify that on July 26, 2002, I caused an original and two copies of the Plaintiffs' Reply Brief in Further Support of Their Motion To Certify As Final Judgments Under Rule 54(B) The Judgments Which Disposed Of All Claims Against Defendants U.S. Gypsum And U.S. Mineral Products Company to be hand delivered to the Clerk of the U.S. District Court for the District of New Jersey and copies to be served on all counsel of record as indicated on the attached counsel list.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

CRAIG T. MORAN, ESQ.

DATED:  July 26, 2002

# SERVICE LIST

<u>The Prudential Insurance Company of America, et al.</u>
<u>v. United States Gypsum Company, et al.</u>

## (New Jersey District Civil Nos. 87 -04227 & 87- 04238)

| Party | Attorney | |
|---|---|---|
| **PRUDENTIAL CO-COUNSEL** | *David Boies, Esq.*<br>*Robin Henry, Esq.*<br>Boies, Schiller & Flexner LLP<br>80 Business Park Drive<br>Armonk, NY  10504-1710<br>Phone:  (914) 273-9800<br>Fax:  (914) 273-9810<br>**Via Regular Mail** | |
| **UNITED STATES GYPSUM COMPANY** | *Kell M. Damsgaard, Esq.*<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia PA 19103<br>Phone:  (609) 520-6600<br>Fax:  (609) 919-6639<br>**Via Federal Express** | *Dennis J. Valenza, Esq.*<br>Morgan, Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ  08540-6289<br>Phone:  (609) 520-6600<br>Fax:  (609) 919-6639<br>**Via Regular Mail** |
| **W.R. GRACE & COMPANY** | *Anthony J. Marchetta, Esq.*<br>Pitney, Hardin, Kipp & Szuch<br>200 Campus Drive<br>Florham Park NJ 07932<br>Phone:  (973) 966-8032<br>Fax:    (973) 966-1550<br>**Via Regular Mail** | |
| **ASBESTOSPRAY CORPORATION** | *Robert D. Brownson, Esq.*<br>Brownson & Ballou<br>601 2nd Ave. South #4800<br>Minneapolis MN 55402<br>Phone:  (612) 332-4020<br>Fax:    (612) 332-4025<br>**Via Regular Mail** | *Granville D. Magee, Esq.*<br>Magee, Pagano & Isherwood<br>1937 Route 35 at Allaire Road<br>P.O. Box 1200<br>Wall Township, NJ 07719<br>Phone:  (732) 449-2500<br>Fax:    (732) 449-4005<br>**Via Regular Mail** |

| | |
|---|---|
| **U.S. MINERAL PRODUCTS COMPANY** | *Nancy McDonald, Esq.*<br>McElroy, Deutsch & Mulvaney<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ  07962-2075<br>Phone:  (973) 993-8100<br>Fax:  (973) 425-0161<br>**Via Federal Express** |

3174683.01