*548*

**Robin A. Henry (RAH 6781)**
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street
Armonk, New York 10504
(914) 749-8200

Attorneys for Plaintiffs, THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA, et al.

**FILED**

**AUG 2 2 2002**

AT 8:30 . . . . . . . . . . . . . . . M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CIVIL ACTION |
| Plaintiffs, | |
| vs. | Index Nos.:   87 - 4227 (HAA) 87 - 4238 (HAA) |
| UNITED STATES GYPSUM COMPANY, et al., | |
| Defendants. | Hon. Harold A. Ackerman |

## Notice of Change of Address, Telephone and Facsimile Numbers

PLEASE TAKE NOTICE that effective August 26, 2002, the office address,

telephone number and facsimile number of Boies, Schiller & Flexner LLP, counsel to the Prudential

Insurance Company of America, et al., will change. As of that date, please direct all correspondence

and service of pleadings in this matter as follows:

Robin A. Henry, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, New York 10504
Telephone Number: 914-749-8200
Facsimile Number: 914-749-8300

DATED: August 21, 2002

BOIES, SCHILLER & FLEXNER LLP

By: Robin A. Henry (RH-6781)
333 Main Street
Armonk, New York 10504
Telephone: 914-749-8200
Facsimile: 914-749-8300

To:     William T. Walsh, Clerk
        United States District Court
        for the District of New Jersey
        Martin Luther King, Jr. Federal Building and United States Courthouse
        50 Walnut Street
        Newark, New Jersey 07101

        All Counsel on attached service list