OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4915

www.ca3.uscourts.gov

October 16, 2002

RECEIVED

OCT 21 2002

AT 8:30
WILLIAM T. WALSH, CLERK

NOTICE OF DOCKETING OF APPEAL

Prudential Ins Co v. US Gypsum Co

No(s): 87-cv-04227
       87-cv-04238

(Honorable Harold A. Ackerman)

An appeal by **Prudential Ins Co, PIC Realty Corp and 745 Property Investments** was filed in the above-captioned case on 10/11/02, and docketed in this Court on 10/16/02, at No. 02-3837.

Kindly use the Appeals Docket No. **02-3837** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk

By: LaToya W. Corprew
    Case Manager

FILED

OCT 21 2002

AT 8:30
WILLIAM T. WALSH
CLERK