UNITED STATES DISTRICT COURT             **FILE COPY**
FOR THE DISTRICT OF NEW JERSEY
MARTIN LUTHER KING, JR. FEDERAL BLDG.
AND U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, NEW JERSEY 07101-0419


Marcia Waldron
Clerk, U.S. Court of Appeals          October 16, 2002
for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106-1790



Re: 2:87cv4227      Prudential      V.    National Gypsum  Company


Attached you will find a certified copy of the docket sheet for
civil case# 87-4238 which is consolidated with the above listed
case that is under appeal.  The notice of appeal was filed and sent
to your office on October 11, 2002.  I've also attached certified
copies of the opinion and order that were missing when the notice
of appeal was filed.

Feel free to contact me should you have any questions at 973-645-
4555.


                              Very truly yours,

                              WILLIAM T. WALSH
                              Clerk, USDC


                         By:_____
                              Carmen Egipciaco, Deputy Clerk

**INFORMATION STATEMENT TO BE COMPLETED BY THE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
DIVISIONAL OFFICE <u>NEWARK</u>**

# FILE COPY

**CAPTION**                              USDC DOCKET NO. CIV. <u>87cv4227(HAA)</u>
                                                        87cv4238(HAA)

                                         USCA DOCKET NO. _____
THE PRUDENTIAL INSURANCE CO. OF AMERICA

vs

UNITED STATES GYPSUM COMPANY et al.,


**NOTICE OF APPEAL FILED** <u>October 2, 2002</u>     **COURT REPORTER(S)** <u>Phyllis Lewis</u>
                                 Date                                        Name

**PRO SE:** _____      **HABEAS:** _____


**FILING FEE:**

NOTICE OF APPEAL <u>X</u> Paid _____ Not Paid _____ Seaman

DOCKET FEE <u>X</u> Paid _____ Not Paid _____ USA or Govt. of V.I.


**CJA APPOINTMENT:** (Attach copy of Order)

____ Private Attorney

____ Defender Association or Federal Public Defender

____ Motion Pending

**Leave to Proceed <u>In Forma Pauperis</u> status, if applicable (Attach copy of Order)**

____ Motion Granted

____ Motion Denied

____ Motion pending before district judge


**Certificate of probable cause (state habeas corpus) (Attach copy of Order)**

____ Granted

____ Denied

____ Pending

**Copies to:**
Clerk, USCA
Robert J. Gilson, Esq.
David Bois, Esq.
Kell M. Damsgaard, Esq.
Dennis J. Valenza, Esq.
                **Prepared by:** _____
                                 Carmen Egipciaco    October 11, 2002
                                 (Signature of Deputy Clerk)  (date)

**PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK U.S. COURT OF APPEALS**

**FILE COPY**

**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J.  07101-0419**

William T. Walsh
Clerk

CAMDEN OFFICE
USPO & Courthouse
401 Market Street
Camden, N.J.  08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J.  08603

REPLY TO: Newark

Date: October 11, 2002

Marcia. M. Waldron, Clerk
U.S. Court of Appeals for
    the Third Circuit
601 Market Street
Independence Mall West
Philadelphia, PA 19106

Re:   THE PRUDENTIAL INSURANCE CO.   Vs      UNITED STATES GYPSUM COMPANY, et al.,
        87cv4227(HAA)
        87cv4238(HAA)

Dear Ms. Waldron:

        A notice of appeal was filed here at the District Court on October 2, 2002 on the above listed case. Please note that document# 536, 537 & 538 are missing along with Civ. 87-4328(HAA) docket sheet. They will be forwarded to you at a later date.

Sincerely,

WILLIAM T. WALSH, Clerk

By:     Carmen Egipciaco, Deputy Clerk



**RIKER**
**DANZIG**
**SCHERER**
**HYLAND**
**PERRETTI**ᴸᴸᴾ

**FILE COPY**

**Robert J. Gilson**

Direct:
973.451.8435
rgilson@riker.com
Reply to: Morristown

October 2, 2002

## VIA HAND DELIVERY

**RECEIVED**

William T. Walsh, Clerk
United States District Court
for the District of New Jersey
Martin Luther King, Jr. Federal Building
and United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

ᴼ⁷ 9 2 2002

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:      The Prudential Insurance Company of America v.
         United States Gypsum Company, et al.
         Civil Action Nos. 87-4227 and 87-4238 (HAA)

Dear Mr. Walsh:

Accompanying this letter is an original and six copies of a Notice of Appeal
regarding the above referenced matter, together with a check in the amount of
$105 to cover the filing fee. We are also enclosing a Certificate of Service.
Please return a filed stamped copy of the Notice of Appeal to us in the enclosed
reply envelope.

Please also note that we have caused a copy of this Notice of Appeal to be sent
to the Honorable Harold A. Ackerman, the Honorable Stanley R. Chesler, and
Marcia M. Waldron, Clerk of the Third Circuit Court.

Thank you for your attention to this matter.

Respectfully submitted,

Robert J. Gilson
Enclosures
cc:      Hon. Harold A. Ackerman (via hand delivery)
         Hon. Stanley R. Chesler (via hand delivery)
         Marcia M. Waldron, Clerk of the Third Circuit Court (via federal express)
         All Counsel (per attached list) (via federal express)

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, Suite 4920, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
www.riker.com
3196724.01

## COUNSEL LIST
### The Prudential Insurance Company of America, et al.
### v. United States Gypsum Company, et al.

### *COUNSEL FOR UNITED STATES GYPSUM COMPANY:*

**Kell M. Damsgaard, Esq.**
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia PA 19103
Phone: (215) 963-5592
Fax: (215) 963-5299

**Dennis J. Valenza, Esq.**
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540-6289
Phone: (609) 520-6600
Fax: (609) 919-6639

### *COUNSEL FOR W.R. GRACE & COMPANY*

**Anthony J. Marchetta, Esq.**
Pitney, Hardin, Kipp & Szuch
P.O. Box 1945
Morristown NJ 07962-1945
Phone: (973) 966-8032
Fax: (973) 966-1550

**FOR FEDEX DELIVERIES**
Pitney, Hardin, Kipp & Szuch
200 Campus Drive
Florham Park NJ 07932

### *COUNSEL FOR ASBESTOSPRAY CORPORATION:*

**Robert D. Brownson, Esq.**
Brownson & Ballou
601 2nd Ave. South #4800
Minneapolis MN 55402
Phone: (612) 332-4020
Fax: (612) 332-4025

**Granville D. Magee, Esq.**
Magee, Pagano & Isherwood
1937 Route 35 at Allaire Road
P.O. Box 1200
Wall Township, NJ 07719
Phone: (732) 449-2500
Fax: (732) 449-4005

### *COUNSEL FOR U.S. MINERAL PRODUCTS COMPANY:*

**Nancy McDonald, Esq.**
McElroy, Deutsch & Mulvaney
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone: (973) 993-8100
Fax: (973) 425-0161

### *PRUDENTIAL CO-COUNSEL:*

**David Boies, Esq.**
**Robin Henry, Esq.**
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Fax: (914) 749-8300