**Robin A. Henry (RAH 6781)**
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street
Armonk, New York 10504
(914) 749-8200

Attorneys for Plaintiffs, THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA, et al.

**RECEIVED**

AUG 2 2 2002

AT 8:30_____M
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CIVIL ACTION |
| Plaintiffs, | |
| vs. | Index Nos.: 87 - 4227 (HAA) 87 - 4238 (HAA) |
| UNITED STATES GYPSUM COMPANY, et al., | Hon. Harold A. Ackerman |
| Defendants. | **CERTIFICATION OF SERVICE** |

I hereby certify that on August 20, 2002, I caused an original of the following document to be delivered via Federal Express to the Clerk of the U.S. District Court for the District of New Jersey and copies to be served via regular mail on all counsel of record as indicated on the attached list:

Notice of Change of Address, Telephone and Facsimile Numbers

DATED: August 21, 2002

_____
Boies, Schiller & Flexner LLP
By: Robin Henry (RAH - 6781)
333 Main Street
Armonk, New York 10504
Telephone: 914-749-8200
Facsimile: 914-749-8300

## SERVICE LIST

<u>The Prudential Insurance Company of America, et al.,</u>
<u>v. United States Gypsum Company, et al.</u>

**(New Jersey District Civil Nos. 87-04227 & 87-04238)**

| Party | Attorney |
|---|---|
| PRUDENTIAL CO-COUNSEL | *Craig T. Moran, Esq.*<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Phone: (973) 538-0800 |
| UNITED STATES GYPSUM COMPANY | *Kell M. Damsgaard, Esq.*<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Phone: (609) 520-6600<br><br>*Dennis J. Valenza, Esq.*<br>Morgan, Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ 08540-6289<br>Phone: (609) 520-6600 |
| W.R. GRACE & COMPANY | *Anthony J. Marchetta, Esq.*<br>Pitney, Hardin, Kipp & Szuch<br>200 Campus Drive<br>Florham Park, NJ 07932<br>Phone: (973) 966-8032 |
| ASBESTOSPRAY CORPORATION | *Robert D. Brownson, Esq.*<br>Brownson & Ballou<br>601 2nd Avenue - South #4800<br>Minneapolis, MN 55402<br>Phone: (612) 332-4020 |

***Granville D. Magee, Esq.***
Magee, Pagano & Isherwood
1937 Route 35 at Allaire Road
P.O. Box 1200
Wall Township, NJ 07719
Phone: (732) 449-2500